[No. 650. August 2, 1897.]

IN RE JOSE F. JARAMILLO, Petitioner, HABEAS CORPUS.

*On* motion for rehearing. Motion overruled. For former opinion see 8 N. M. 598.

CHILDERS & DOBSON for petitioner.

NEILL B. FIELD for respondent.

LAUGHLIN, J.—In this case the motion for rehearing is denied. An order will be made accordingly, a written opinion not necessary.

Smith, C. J., and the associate justices concur, except Collier, J., who was disqualified and did not sit.